IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff <br> vs <br> 1) ISRAEL RULLAN-SANTIAGO <br> Counts 1, 2, 3, 4, 5, 7, 8, 9, 11, 12, 13, 15, 16, 17, 19, 20, 21, 23, 24, 25, 27, 28 and 29 <br> 2) XAVIER ALVAREZ-PEREZ <br> Counts 3, 4 and 6 <br> 3) PEDRO A. MORALES-CINTRON <br> Counts 7, 8 and 10 <br> 4) DAVIEL SALINAS-ACEVEDO <br> Counts 11, 12 and 14 <br> 5) WENDELL RIVERA-RUPERTO <br> a/k/a Arsenio Rivera <br> Counts 15, 16 and 18 <br> **6) JUAN CARLOS RAMOS** <br> Counts 19, 20 and 22 <br> 7) JIM SANTANA-RAMIREZ <br> Counts 23, 24 and 26 <br> 8) JOSE L. SALVA-NEGRON <br> Counts 27, 28 and 30 <br> 9) MIGUEL SANTIAGO-CORDERO <br> Counts 31, 32 and 34 <br> 10) LUIS JOEL AVILES-RULLAN <br> Counts 35, 36 and 38 <br> Defendants | CRIMINAL 10-0342CCC |

# O R D E R

Having considered the Report and Recommendation filed on March 14, 2011 (**docket entry 175**) on a Rule 11 proceeding of co-defendant Juan Carlos Ramos held before U.S. Magistrate Judge Bruce J. McGiverin on March 14, 2011, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of co-defendant Juan Carlos Ramos is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

      This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since February 25, 2011.  The **sentencing hearing is set for June 28, 2011 at 4:15 PM.**

      SO ORDERED.

      At San Juan, Puerto Rico, on March 24, 2011.

                                                      S/CARMEN CONSUELO CEREZO
                                                      United States District Judge